UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHERRET S. COLEY,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>CBH20, LP,<br><br>　　　　　Defendant | CIVIL ACTION NO. 3:18-CV-1182<br><br>(MEHALCHICK, M.J.) |

## ORDER

AND NOW, this 27th day of February, 2019, The court-appointed mediator having reported that this action has been settled, **IT IS HEREBY ORDERED THAT** this action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within **sixty (60) days** if the settlement is not consummated.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*s/ Karoline Mehalchick*
　　　　　　　　　　　　　　　　KAROLINE MEHALCHICK
　　　　　　　　　　　　　　　　United States Magistrate Judge